# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADEN ABDULLAHI JAMA, <br><br> Defendant. | No. 23-cr-00389 <br><br> Magistrate Judge McShain |

### ORDER

Initial appearance and removal proceedings held on 07/10/2023. Defendant appears in response to arrest in this District on 07/08/2023. Attorney Emily Hosseini of the Federal Defender Panel stands in as counsel for Kathleen Leon of the Federal Defender Program. The Court finds Defendant is unable to afford counsel. Enter order appointing Kathleen Leon of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Defendant informed of the charges against him as well the maximum possible sentence/fine if convicted of those charges. Defendant waives his right to an identity hearing. The Court finds that Defendant is the individual named in the Complaint filed in the United States District Court for the Southern District of Ohio. The Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C §§ 3142(f)(1)(A) and (f)(1)(E). Defendant waived his right to a detention hearing. Defendant's waiver is without prejudice and he may move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant waive his right to a preliminary examination in this District. This waiver is without prejudice to seeking a preliminary examination in the Southern District of Ohio. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order. Defendant is ordered removed in the custody of the United States Marshals Service to answer the pending charges in the Southern District of Ohio forthwith. Telephonic status hearing is set for 07/26/2023 at 9:00 a.m., to confirm that Defendant has been transferred to the Southern District of Ohio. To participate in the telephonic hearing, the dial-in number is 888-684-8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including

removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. T: 00:15

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: July 10, 2023**